

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HONG MAI,

                Plaintiff,

-against-

JOHN DOE, Commissioner of Social Security
Administration,

                Defendant.
------------------------------------------------------------------ X

13-MC-1120

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

HONG MAI,

                Plaintiff,

-against-

JOHN DOE, Commissioner of New York City Housing
Authority, and FEDERAL EMERGENCY
MANAGEMENT AGENCY,

                Defendants.
------------------------------------------------------------------ X

13-MC-1119

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

HONG MAI,

                Plaintiff,

-against-

JOHN DOE, Commissioner of New York City Housing
Authority,

                Defendant.
------------------------------------------------------------------ X

13-MC-1118

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

       The court has received the Report and Recommendation ("R&R") of the Honorable Cheryl L. Pollack, United States Magistrate Judge, dated April 17, 2014. Judge Pollack reviewed plaintiff's three proposed complaints in accordance with this court's October 10, 2000 Order enjoining plaintiff from filing any further actions in the Eastern District of New York

without obtaining prior leave from the court. In the R&R, Judge Pollack recommended that this court grant plaintiff permission to bring her complaint against the Commissioner of Social Security but that it not grant plaintiff permission to file her complaints against the Federal Emergency Management Agency ("FEMA") or the Commissioner of the New York City Housing Authority ("NYCHA").

Following Judge Pollak's R&R, plaintiff filed two notices regarding her proposed suits against FEMA and the Commissioner of NYCHA. Although plaintiff's filings purport to be notices of appeal to the Court of Appeals, this court construes them as timely objections to Judge Pollack's R&R. "Within fourteen days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); accord 28 U.S.C. § 636(b)(1). In her filings, plaintiff raises no specific objections to the findings in Judge Pollak's R&R. Instead, she complains that she is being denied her "human right to file[] the complain[t]."

Having reviewed the record de novo, the court finds plaintiff's objection without merit and adheres to Judge Pollak's reasoning and recommendations. Accordingly, plaintiff is permitted to file her complaint against the Commissioner of Social Security. However, she is denied permission to file her complaints against FEMA or the Commissioner of NYCHA. The Clerk of this Court is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

SO ORDERED

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: May 7, 2014
Brooklyn, New York

2